# Tacopina Seigel
## Trial Lawyers
### TACOPINA SEIGEL & DEOREO

**ELEONORA MARIA LANZONE**
Email: elanzone@tacopinalaw.com
www.tacopinalaw.com

275 Madison Avenue, 35th Floor
New York, NY 10016
Telephone: (212) 227-8877
Facsimile: (212) 619-1028

May 27, 2025

Hon. Robyn F. Tarnofsky
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, New York, New York 10007

> Application GRANTED.
>
> Dated: May 28, 2025
> New York, NY
>
> SO ORDERED.
>
> ROBYN F. TARNOFSKY
> United States Magistrate Judge

Re:  **United States v. Bryan Austermann**
     **Docket No. 1:24-MJ-04040-UA**

Your Honor:

The defense respectfully submits this letter, on behalf of defendant Bryan Austermann, to request – with the consent of the Government and Pretrial Services – that Mr. Austermann's bail conditions be temporarily modified in order to permit him to travel to West Springfield, MA, between June 23 and June 24, 2025 to attend a work audition, and to Sharon, CT, between June 28 and June 29, 2025 to work at a catering event.

By way of background, Mr. Austermann was charged with violations of 18 U.S.C. §§ 2252A *et al.* on November 20, 2024, and was released that same day by the Honorable Stewart D. Aaron on a $100,000 unsecured personal recognizance bond, cosigned by two financially responsible people, with conditions that: (1) Mr. Austermann's travel be restricted to the Southern and Eastern Districts of New York, and (2) he be subjected to a curfew enforced by electronic monitoring (*i.e.*, an ankle bracelet) at hours directed by Pretrial Services.

The defense now asks that Mr. Austermann's bail conditions be temporarily modified to permit him to travel to West Springfield, MA, between June 23 and June 24, 2025, to attend a work audition at the Majestic Theater located at 131 Elm Street. If allowed, Mr. Austermann will stay at his parents' residence, located in Southwick, MA, on the night of June 23, 2025, and will return to New York following the audition the next day. Additionally, the defense requests that Mr. Austermann be allowed to travel to Sharon, CT, between June 28 and June 29, 2025, to work at a catering event being held at 30 Hosier Rd, with the catering company he is currently employed by. If permitted, Mr. Austermann will be traveling with the catering company, which will transport him directly to and from the location in a van. The team will depart New York early in the morning on June 28 and will return either late that evening or in the early hours of June 29.

As referenced above, the defense has conferred with Pretrial Services Officer Jonathan Lettieri and AUSA Katherine Cheng who consent on behalf of their offices.

Your consideration in this matter is greatly appreciated.

Respectfully submitted,

*Eleonora Maria Lanzone*

Eleonora Maria Lanzone

cc:  AUSA Katherine Cheng